UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GARRION J. MCKENNEY,

    Plaintiff,

v.

C/O GERMAIN, C/O HARRIS, C/O REID, and SGT. COLLINS,

    Defendants.

Case No. 18-cv-1140-JPG-RJD

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:  July 19, 2019**

        **MARGARET M. ROBERTIE, Clerk of Court**

        **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**